UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED C. ARKO,<br><br>    Plaintiff,<br><br>vs.<br><br>GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF MOOR + SOUTH/PIER MANAGEMENT CO., L.P., PLAN NUMBER 502, MOOR + SOUTH/PIER MANAGEMENT CO., L.P., HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 13-CV-01044-YGR<br><br>**TENTATIVE SCHEDULING ORDER AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Case Management Conference currently scheduled for Monday, July 15, 2013 is hereby **CONTINUED** to Monday, July 22, 2013 at 2:00 p.m.

    The Court has reviewed the parties' Joint Case Management Statement and believes the case can proceed under the schedule set forth below. If these dates are acceptable to all parties, they may file a Joint Stipulation to the proposed dates by no later than Monday, July 15, 2013. Upon receipt, the Court will confirm the dates in a separate order and the continued Case Management Conference will be taken off calendar. If a Joint Stipulation is not filed, the conference will go forward as scheduled and the parties will be required to appear. If the parties wish to appear on July 22 to discuss the schedule below, the Court requests that the parties file a joint notice so stating.

**TENTATIVE PRETRIAL SCHEDULE**

| | |
|---|---|
| MEDIATION CUT-OFF: | November 15, 2013 |
| DISCOVERY CUT-OFF: | January 31, 2014 |
| MOTION FILING CUT-OFF/OPENING TRIAL BRIEFS: | February 28, 2014 |
| RESPONSIVE TRIAL BRIEFS: | March 31, 2014 |

HEARING: April 22, 2014 at 2:00 p.m.

The Court anticipates that at the scheduled hearing, it may seek to substantively discuss issues raised in the parties' trial briefs or, if appropriate, schedule the date for the bench trial at that time.

**IT IS SO ORDERED.**

Dated: July 11, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**