UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED C. ARKO, | Case No.: 13-CV-01044-YGR |
| Plaintiff, | **CASE MANAGEMENT AND PRETRIAL ORDER; ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF MOOR + SOUTH/PIER MANAGEMENT CO., L.P., PLAN NUMBER 502, MOOR + SOUTH/PIER MANAGEMENT CO., L.P., HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

The parties have filed a Joint Stipulation Agreeing to Dates Proposed in Court's Tentative Scheduling Order. (Dkt. No. 27.) Accordingly, the following schedule and dates herein are adopted by the Court:

| | |
|---|---|
| MEDIATION CUT-OFF: | November 15, 2013 |
| DISCOVERY CUT-OFF: | January 31, 2014 |
| MOTION FILING CUT-OFF/OPENING TRIAL BRIEFS: | February 28, 2014 |
| RESPONSIVE TRIAL BRIEFS: | March 31, 2014 |
| HEARING: | April 22, 2014 at 2:00 p.m. |

As stated in Dkt. No. 26, the Court anticipates that at the hearing on April 22, 2014, it may seek to substantively discuss issues raised in the parties' trial briefs or, if appropriate, schedule the date for the bench trial at that time.

The Case Management Conference scheduled for July 22, 2013 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: July 12, 2013

**Yvonne Gonzalez Rogers**
**United States District Court Judge**