UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRED C. ARKO,<br><br>          Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>          Defendants. | Case No.  4: 13-CV-13 01044 YGR<br><br>(**PROPOSED**) **JUDGMENT** |

**IT IS SO ORDERED AS MODIFIED**
*Judge Yvonne Gonzalez Rogers*

/ / /

/ / /

/ / /

/ / /

1  The evidence having been fully considered, the issues having been duly
2  heard, and a decision having been fully rendered with the Court issuing an Order
3  granting Defendant Hartford Life and Accident Insurance Company's ("Hartford")
4  Motion for Judgment and Denying Plaintiff Fred Arko's ("Arko") Cross-Motion for
5  Judgment, entered on October 10, 2014 [ECF Document No. 68],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered on all claims in the Complaint in favor of Defendant Hartford and against Plaintiff Arko, that Plaintiff shall take nothing, and that Defendant Hartford shall recover its costs of suit against Plaintiff. as provided by law.

IT IS SO ORDERED.

DATED: October 31, 2014    _____
                           UNITED STATES DISTRICT COURT JUDGE